**CONSOVOY MCCARTHY PLLC**
Bryan Weir (SBN 310964)
bryan@consovoymccarthy.com
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM; STUDENTS FOR FAIR ADMISSIONS; and KELLY MAHONEY, individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br>v.<br>DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA; UNIVERSITY OF CALIFORNIA, LOS ANGELES; REGENTS OF THE UNIVERSITY OF CALIFORNIA; MARIA ANGUIANO, ELAINE BATCHLOR, JOSIAH BEHARRY, CARMEN CHU, MICHAEL COHEN, GARETH ELLIOT, HOWARD GUBER, JOSE HERNANDEZ, NANCY LEE, RICHARD LEIB, HADI MAKARECHIAN, ANA MATOSANTOS, ROBERT MYERS, LARK PARK, JANET REILLY, MARK ROBINSON, GREGORY SARRIS, AND JONATHAN SURES JENNIFER LUCERO, GAVIN NEWSOM, ELENI KOUNALAKIS, ROBERT RIVAS, TONY THURMOND, GEOFFREY PACK, AND ALFONSO SALAZAR, each in their personal and | Case No. 2:25-cv-4131<br><br>**NOTICE OF RELATED CASE** |

1

official capacities as Regents; MICHAEL DRAKE, in his personal and official capacities as the President of the UC System and Regent; JULIO FRENK, in his personal and official capacities as the Chancellor of UCLA; STEVEN DUBINETT, in his personal and official capacities as the Dean of David Geffen School of Medicine at UCLA; JENNIFER LUCERO, in her personal and official capacities as the Associate Dean of Admissions of David Geffen School of Medicine at UCLA; ALICE KUO, RUSSELL BUHR, MANUEL CELEDON, GARY HOLLAND, CAROLYN HOUSER, CHRISTINE MYO, FAYSAL SAAB, each in their personal and official capacities as members of the Admissions Oversight and Policy Committee of David Geffen School of Medicine at UCLA; and MEMBERS OF THE ADMISSIONS COMMITTEE, in their personal and official capacities as members of the Admissions Committee of David Geffen School of Medicine at UCLA,

*Defendants.*

Per L.R. 83-1.3.1, Plaintiffs submit this notice of related cases. This case is related to *Students Against Racial Discrimination v. Regents of the University of California*, No. 8:25-cv-00192-JWH-JDE.

This case challenges UCLA Medical School's illegal use of race in admissions. *DNH*-Compl. ¶¶1-11. Plaintiffs allege that UCLA discriminates on account of race when admitting students, consistent with and pursuant to the UC System's desire to racially balance its student population. ¶¶48-88. Plaintiffs' claims include the Equal Protection Clause of the Fourteenth Amendment, Title VI of the Civil Rights Act of 1964, and the Civil Rights Act of 1866 (42 U.S.C. §1981). ¶¶124-28. Plaintiffs name as defendants, among others, the Regents of the University of California, Michael Drake (UC President), and Julio Frenk (UCLA Chancellor). ¶¶19-23.

The plaintiff in *SARD* similarly alleges that the UC system "discriminates on account of race when admitting students." *SARD*-Compl. ¶8. It challenges various UC campuses' racial preferences in admissions under the Equal Protection Clause, Title VI, and §1981. ¶¶42-60. And it names as defendants, among others, the Regents, Drake, and Frenk. ¶¶4-7.

Both cases thus "arise from the same or a closely related transaction, happening, or event"—the continued use of race by the UC System and its component schools. L.R. 83-1.3.1(a). Furthermore, both cases "call for determination of the same or substantially related or similar questions of law and fact" relating to associational standing and the schools' continued use of race in admissions in violation of the Equal

3

Protection Clause, Title VI, and §1981. L.R. 83-1.3.1(b). For all these reasons, these cases likely "would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1(c).

Dated: May 8, 2025                                Respectfully submitted,

                                                  */s/ Bryan Weir*
                                                  **CONSOVOY MCCARTHY PLLC**
                                                  Bryan Weir (SBN 310964)
                                                  bryan@consovoymccarthy.com
                                                  1600 Wilson Blvd., Ste. 700
                                                  Arlington, VA 22209
                                                  (703) 243-9423