NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

CLEAR FORM

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Do No Harm et al.

Plaintiff(s),

v.

David Geffen School of Medicine at UCLA et al.

Defendant(s)

CASE NUMBER:

2:25-cv-4131

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Do No Harm | Plaintiff |
| Students for Fair Admissions | Plaintiff |
| Kelly Mahoney | Plaintiff, individually and on behalf of others similarly situated |
| David Geffen School of Medicine at UCLA | Defendant |
| University of California, Los Angeles | Defendant |
| The Regents of the University of California | Defendant |

[See attached addendum]

5/8/2025  
Date

/s/ Bryan Weir  
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

# ADDENDUM TO
# CERTIFICATION AND NOTICE OF INTERESTED PERSONS

| PARTY | CONNECTION / INTEREST |
|---|---|
| Maria Anguiano | Defendant, in personal and official capacities. |
| Elaine Batchlor | Defendant, in personal and official capacities. |
| Josiah Beharry | Defendant, in personal and official capacities. |
| Carmen Chu | Defendant, in personal and official capacities. |
| Michael Cohen | Defendant, in personal and official capacities. |
| Gareth Elliot | Defendant, in personal and official capacities. |
| Howard Guber | Defendant, in personal and official capacities. |
| Jose Hernandez | Defendant, in personal and official capacities. |
| Nancy Lee | Defendant, in personal and official capacities. |
| Richard Leib | Defendant, in personal and official capacities. |
| Hadi Makarechian | Defendant, in personal and official capacities. |
| Ana Matosantos | Defendant, in personal and official capacities. |
| Robert Myers | Defendant, in personal and official capacities. |
| Lark Park | Defendant, in personal and official capacities. |
| Janet Reilly | Defendant, in personal and official capacities. |
| Mark Robinson | Defendant, in personal and official capacities. |
| Gregory Sarris | Defendant, in personal and official capacities. |
| Jonathan Sures | Defendant, in personal and official capacities. |

**ADDENDUM TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| Gavin Newsom | Defendant, in personal and official capacities. |
| Eleni Kounalakis | Defendant, in personal and official capacities. |
| Robert Rivas | Defendant, in personal and official capacities. |
| Tony Thurmond | Defendant, in personal and official capacities. |
| Geoffrey Pack | Defendant, in personal and official capacities. |
| Alfonso Salazar | Defendant, in personal and official capacities. |
| Julio Frenk | Defendant, in personal and official capacities. |
| Steven Dubinett | Defendant, in personal and official capacities. |
| Jennifer Lucero | Defendant, in personal and official capacities. |
| Alice Kuo | Defendant, in personal and official capacities. |
| Russell Buhr | Defendant, in personal and official capacities. |
| Manuel Celedon | Defendant, in personal and official capacities. |
| Gary Holland | Defendant, in personal and official capacities. |
| Carolyn Houser | Defendant, in personal and official capacities. |
| Christine Myo | Defendant, in personal and official capacities. |
| Faysal Saab | Defendant, in personal and official capacities. |
| Members of the Admissions Committee of David Geffen School of Medicine at UCLA | Defendants, each in their personal and official capacities. |

**ADDENDUM TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES**