AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Do No Harm; Students for Fair Admissions; Kelly Mahoney, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> David Geffen School of Medicine at UCLA; (See attachment #1) <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-04131-MCS-JCx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Geffen School of Medicine at UCLA
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: May 11, 2025

1  **CONSOVOY MCCARTHY PLLC**
2  Thomas R. McCarthy (PHV forthcoming)
   Bryan Weir (SBN 310964)
3  bryan@consovoymccarthy.com
   Cameron T. Norris (PHV forthcoming)
4  Frank H. Chang (PHV forthcoming)
5  Marie Sayer (PHV forthcoming)
   1600 Wilson Blvd., Suite 700
6  Arlington, VA 22209
7  (703) 243-9423

8  **LAWFAIR LLC**
9  Adam K. Mortara (PHV forthcoming)
   40 Burton Hills Blvd., Suite 200
10 Nashville, TN 37215
11 (773) 750-7154

12 **ALTVIEW LAW GROUP LLP**
   John M. Begakis (SBN 278681)
13 john@altviewlawgroup.com
14 9454 Wilshire Blvd., Suite 825
   Beverly Hills, CA 90212
15 (310) 230-5580

16 *Attorneys for Plaintiffs*
17

18 **UNITED STATES DISTRICT COURT**
19 **CENTRAL DISTRICT OF CALIFORNIA**

20 | DO NO HARM; STUDENTS FOR FAIR ADMISSIONS; and KELLY MAHONEY, individually and on behalf of others similarly situated, | Case No.: |
   | --- | --- |
   | *Plaintiffs*, v. | **CLASS ACTION COMPLAINT** |
   | DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA; UNIVERSITY OF CALIFORNIA, LOS ANGELES; REGENTS OF THE UNIVERSITY OF CALIFORNIA; MARIA ANGUIANO, ELAINE BATCHLOR, JOSIAH | |

28

1

| | |
|---|---|
| 1 | BEHARRY, CARMEN CHU, MICHAEL COHEN, GARETH ELLIOT, HOWARD GUBER, JOSE HERNANDEZ, NANCY LEE, RICHARD LEIB, HADI MAKARECHIAN, ANA MATOSANTOS, ROBERT MYERS, LARK PARK, JANET REILLY, MARK ROBINSON, GREGORY SARRIS, AND JONATHAN SURES JENNIFER LUCERO, GAVIN NEWSOM, ELENI KOUNALAKIS, ROBERT RIVAS, TONY THURMOND, GEOFFREY PACK, AND ALFONSO SALAZAR, each in their personal and official capacities as Regents; MICHAEL DRAKE, in his personal and official capacities as the President of the UC System and Regent; JULIO FRENK, in his personal and official capacities as the Chancellor of UCLA; STEVEN DUBINETT, in his personal and official capacities as the Dean of David Geffen School of Medicine at UCLA; JENNIFER LUCERO, in her personal and official capacities as the Associate Dean of Admissions of David Geffen School of Medicine at UCLA; ALICE KUO, RUSSELL BUHR, MANUEL CELEDON, GARY HOLLAND, CAROLYN HOUSER, CHRISTINE MYO, FAYSAL SAAB, each in their personal and official capacities as members of the Admissions Oversight and Policy Committee of David Geffen School of Medicine at UCLA; and MEMBERS OF THE ADMISSIONS COMMITTEE, in their personal and official capacities as members of the Admissions Committee of David Geffen School of Medicine at UCLA, |
| | *Defendants.* |

2

# ADDENDUM TO SECTION "TO" OF
# SUMMONS IN A CIVIL ACTION

To:  **University of California, Los Angeles**
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**The Regents of the University of California**
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**Maria Anguiano, Elaine Batchlor, Josiah Beharry, Carmen Chu, Michael Cohen, Gareth Elliot, Howard Guber, Jose Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, and Jonathan Sures**, each in their personal and official capacities.
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, Geoffrey Pack, and Alfonso Salazar**, each in their personal and official capacities.
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**Julio Frenk**, in his personal and official capacity.
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**Steven Dubinett**, in his personal and official capacity.
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

1-ADDENDUM TO SECTION "TO" OF SUMMONS

**Jennifer Lucero**, in her personal and official capacity.
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**Alice Kuo, Russell Buhr, Manuel Celedon, Gary Holland, Carolyn Houser, Christine Myo, and Faysal Saab**, each in their personal and official capacities.
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**Members of the Admissions Committee of David Geffen School of Medicine at UCLA**, each in their personal and official capacities.
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

2-ADDENDUM TO SECTION "TO" OF SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: