**CONSOVOY MCCARTHY PLLC**
Bryan Weir (SBN 310964)
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM; STUDENTS FOR FAIR ADMISSIONS; and KELLY MAHONEY, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　*Plaintiffs*,<br>v.<br>DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA; UNIVERSITY OF CALIFORNIA, LOS ANGELES; REGENTS OF THE UNIVERSITY OF CALIFORNIA; MARIA ANGUIANO, ELAINE BATCHLOR, JOSIAH BEHARRY, CARMEN CHU, MICHAEL COHEN, GARETH ELLIOT, HOWARD GUBER, JOSE HERNANDEZ, NANCY LEE, RICHARD LEIB, HADI MAKARECHIAN, ANA MATOSANTOS, ROBERT MYERS, LARK PARK, JANET REILLY, MARK ROBINSON, GREGORY SARRIS, AND JONATHAN SURES JENNIFER LUCERO, GAVIN NEWSOM, ELENI KOUNALAKIS, ROBERT RIVAS, TONY THURMOND, GEOFFREY PACK, AND ALFONSO SALAZAR, each in their personal and | Case No.:<br><br>**JURY DEMAND** |

1

|   |   |
|---|---|
| 1 | official capacities as Regents; MICHAEL DRAKE, in his personal and official capacities as the President of the UC System and Regent; JULIO FRENK, in his personal and official capacities as the Chancellor of UCLA; STEVEN DUBINETT, in his personal and official capacities as the Dean of David Geffen School of Medicine at UCLA; JENNIFER LUCERO, in her personal and official capacities as the Associate Dean of Admissions of David Geffen School of Medicine at UCLA; ALICE KUO, RUSSELL BUHR, MANUEL CELEDON, GARY HOLLAND, CAROLYN HOUSER, CHRISTINE MYO, FAYSAL SAAB, each in their personal and official capacities as members of the Admissions Oversight and Policy Committee of David Geffen School of Medicine at UCLA; and MEMBERS OF THE ADMISSIONS COMMITTEE, in their personal and official capacities as members of the Admissions Committee of David Geffen School of Medicine at UCLA, |
| | *Defendants.* |

2

Per Federal Rule of Civil Procedure 38, Plaintiffs demand a trial by jury on all issues triable by jury.

| | |
|---|---|
| Dated: May 12, 2025 | Respectfully submitted, |
| | */s/ Bryan Weir* |
| | **CONSOVOY MCCARTHY PLLC** |
| | Bryan Weir (SBN 310964) |
| | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | bryan@consovoymccarthy.com |

# CERTIFICATE OF SERVICE

I certify that I mailed this jury demand by U.S. Mail to the following:

Regents of the University of California
UC Legal - Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

University of California, Los Angeles
Office of the Campus Counsel
Box 951405
Los Angeles, CA 90095

Dated: May 12, 2025                    */s/ Bryan Weir*

3