AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Do No Harm; Students for Fair Admissions; Kelly Mahoney, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> David Geffen School of Medicine at UCLA; (See attachment #1) <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-04131-MCS-JC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Drake
c/o Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (PHV forthcoming)
Bryan Weir (SBN 310964)
bryan@consovoymccarthy.com
Cameron T. Norris (PHV forthcoming)
Frank H. Chang (PHV forthcoming)
Marie Sayer (PHV forthcoming)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

**LAWFAIR LLC**
Adam K. Mortara (PHV forthcoming)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM; STUDENTS FOR FAIR ADMISSIONS; and KELLY MAHONEY, individually and on behalf of others similarly situated,<br>*Plaintiffs*,<br>v.<br>DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA; UNIVERSITY OF CALIFORNIA, LOS ANGELES; REGENTS OF THE UNIVERSITY OF CALIFORNIA; MARIA ANGUIANO, ELAINE BATCHLOR, JOSIAH | Case No. 2:25-cv-4131<br><br>**CLASS ACTION COMPLAINT** |

1

| | |
|---|---|
| 1 | BEHARRY, CARMEN CHU, MI- |
| 2 | CHAEL COHEN, GARETH ELLIOT, HOWARD GUBER, JOSE HERNAN- |
| 3 | DEZ, NANCY LEE, RICHARD LEIB, HADI MAKARECHIAN, ANA MA- |
| 4 | TOSANTOS, ROBERT MYERS, LARK PARK, JANET REILLY, |
| 5 | MARK ROBINSON, GREGORY |
| 6 | SARRIS, AND JONATHAN SURES JENNIFER LUCERO, GAVIN NEW- |
| 7 | SOM, ELENI KOUNALAKIS, ROB- |
| 8 | ERT RIVAS, TONY THURMOND, GEOFFREY PACK, AND ALFONSO |
| 9 | SALAZAR, each in their personal and official capacities as Regents; MI- |
| 10 | CHAEL DRAKE, in his personal and |
| 11 | official capacities as the President of the UC System and Regent; JULIO |
| 12 | FRENK, in his personal and official ca- |
| 13 | pacities as the Chancellor of UCLA; STEVEN DUBINETT, in his personal |
| 14 | and official capacities as the Dean of |
| 15 | David Geffen School of Medicine at UCLA; JENNIFER LUCERO, in her |
| 16 | personal and official capacities as the |
| 17 | Associate Dean of Admissions of David Geffen School of Medicine at UCLA; |
| 18 | ALICE KUO, RUSSELL BUHR, MA- |
| 19 | NUEL CELEDON, GARY HOL- LAND, CAROLYN HOUSER, CHRIS- |
| 20 | TINE MYO, FAYSAL SAAB, each in |
| 21 | their personal and official capacities as members of the Admissions Oversight |
| 22 | and Policy Committee of David Geffen |
| 23 | School of Medicine at UCLA; and MEMBERS OF THE ADMISSIONS |
| 24 | COMMITTEE, in their personal and of- |
| 25 | ficial capacities as members of the Ad- missions Committee of David Geffen |
| 26 | School of Medicine at UCLA, |
| 27 | *Defendants.* |
| 28 | |

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-04131-MCS-JC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: