Name and address:

Frank H. Chang
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington VA 22209

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Do No Harm; Students for Fair Admission; and Kelly Mahoney, individually and on behalf of others similarly situated, | **CASE NUMBER** |
|---|---|
| Plaintiff(s), | 2:25-cv-04131-MCS-JC |
| v. | |
| David Geffen School of Medicine at UCLA; University of California, Los Angeles, Regents of the University of California; Maria Anguiano, Elaine Batchlor, Josiah Beharry, Carmen Chue, Michael Cohen, Gareth Elliot, Howard Guber, Jose Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Chang, Frank H.

*Applicant's Name (Last Name, First Name & Middle Initial)*                  *check here if federal government attorney* ☐

Consovoy McCarthy PLLC

*Firm/Agency Name*

1600 Wilson Blvd., Ste. 700                (703) 243-9423                N/A

*Street Address*                           *Telephone Number*            *Fax Number*

Arlington, VA 22209                 frank@consovoymccarthy.com

*City, State, Zip Code*                       *E-mail Address*

**I have been retained to represent the following parties:**

Do No Harm; Students for Fair Admissions; and Kelly Mahoney, individually and on behalf of others similarly situated.     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Attached | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5/12/2025

Frank H. Chang

*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Begakis, John M.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

AltView Law Group PLLC
_____
*Firm/Agency Name*

9454 Wilshire Blvd., Suite 825                    (310) 230-5580                    N/A
_____        _____        _____
                                       *Telephone Number*         *Fax Number*

                                       john@altviewlawgroup.com
_____        _____
*Street Address*                       *Email Address*

Beverly Hills, CA 90212                 278681
_____        _____
*City, State, Zip Code*                *Designee's California State Bar Number*


**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated _____        John M. Begakis
                                     _____
                                     *Designee's Name (please type or print)*

                                     /s/ John M. Begakis
                                     _____
                                     *Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

**Court Admissions – Frank H. Chang**

| Court | Date Admitted | Active Member in Good Standing? |
|---|---|---|
| State of Pennsylvania | 10/27/2017 | Yes |
| State of Virginia | 04/11/2024 | Yes |
| District of Columbia | 09/01/2020 | Yes |
| Supreme Court of the United States | 01/22/2024 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 12/22/2020 | Yes |
| U.S. Court of Appeals for the Second Circuit | 01/24/2023 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 05/09/2018 | Yes |
| U.S. Court of Appeals for the Fifth Circuit | 08/07/2019 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 10/01/2021 | Yes |
| U.S. Court of Appeals for the Eighth Circuit | 10/05/2021 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 07/02/2020 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 10/06/2021 | Yes |
| District Court of Colorado | 11/12/2024 | Yes |
| District Court of D.C. | 05/02/2022 | Yes |
| District Court of North Dakota | 05/02/2022 | Yes |
| Eastern District of Virginia | 11/12/2024 | Yes |



𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

## CERTIFICATE OF GOOD STANDING

### *Frank Hyok Chang, Esq.*

**DATE OF ADMISSION**

*October 27, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  May 2, 2025**

Nicole Traini
Chief Clerk

# VIRGINIA STATE BAR

# CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **FRANK HYOK CHANG** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **FRANK HYOK CHANG** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 11, 2024,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued April 30, 2025

DaVida M. Davis
**Director of Regulatory Compliance**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Frank Chang

was duly qualified and admitted on September 1, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 30, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*