**CONSOVOY MCCARTHY PLLC**
Bryan Weir (SBN 310964)
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al., *Plaintiffs*, v. DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA et al., *Defendants*. | Case No.: 2:25-cv-4131-MCS-JC **CERTIFICATE OF SERVICE** |

I certify that, on May 15, 2025, I served this Court's May 14, 2025, standing order (Doc. 13) to Defendants by U.S. Mail at the following addresses.

**Regents of the University of California**
UC Legal – Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**University of California, Los Angeles**
2135 Murphy Hall
405 Hilgard Avenue
Los Angeles, CA 90095

1

| | |
|---|---|
| Dated: May 15, 2025 | Respectfully submitted,<br><br>*/s/ Bryan Weir*<br>**CONSOVOY MCCARTHY PLLC**<br>Bryan Weir (SBN 310964)<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>bryan@consovoymccarthy.com |