**CONSOVOY MCCARTHY PLLC**
Bryan Weir (SBN 310964)
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al., *Plaintiffs*, v. DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA et al., *Defendants*. | Case No.: 2:25-cv-4131-MCS-JC **CERTIFICATE OF SERVICE** |

I certify that, on May 16, 2025, I served Mr. Begakis's notice of appearance and the pro hac vice applications for Mr. McCarthy, Mr. Norris, Mr. Mortara, Mr. Chang, and Ms. Sayer (Docs. 14-19) on Defendants by U.S. Mail at the following addresses.

**Regents of the University of California**
UC Legal – Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607

**University of California, Los Angeles**
2135 Murphy Hall
405 Hilgard Avenue
Los Angeles, CA 90095

1

Dated: May 16, 2025

Respectfully submitted,

*/s/ Bryan Weir*
**CONSOVOY MCCARTHY PLLC**
Bryan Weir (SBN 310964)
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com