**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (pro hac vice)
Bryan Weir (SBN 310964)
Cameron T. Norris (pro hac vice)
cam@consovoymccarthy.com
Frank H. Chang (pro hac vice)
Marie Sayer (pro hac vice)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

**LAWFAIR LLC**
Adam K. Mortara (pro hac vice)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al., *Plaintiffs*, v. DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, et al., *Defendants*. | Case No.: 2:25-cv-4131-MCS-JC **STIPULATION OF DISMISSAL** |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon between the parties and their respective counsel as follows:

1. Plaintiffs filed suit against Defendants on May 8, 2025.

2. All claims are voluntarily dismissed, without prejudice, against the following Defendants:

   a. University of California, Los Angeles ("UCLA");

   b. David Geffen School of Medicine at UCLA;

   c. Maria Anguiano, Elaine Batchlor, Josiah Beharry, Carmen Chu, Michael Cohen, Gareth Elliot, Howard Guber, Jose Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, and Jonathan Sures, in their personal and official capacities as appointed regents.

   d. Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, Geoffrey Pack, and Alfonso Salazar, in their personal and official capacities as ex officio regents;

   e. Michael Drake, in his personal and official capacities as the President of the UC System and an ex officio regent;

   f. Steven Dubinett, in his personal and official capacities as the Dean of the David Geffen School of Medicine at UCLA;

      g. Alice Kuo, Russell Buhr, Manuel Celedon, Gary Holland, Carolyn Houser, Christine Myo, and Faysal Saab, in their personal and official capacities as the members of the Admissions Oversight and Policy Committee; and

      h. Members of the Admissions Committee of David Geffen School of Medicine at UCLA, in their personal and official capacities.

3. The following Defendants remain in this case:

      a. The Regents of the University of California ("the University");

      b. Julio Frenk, in his personal capacity and in his official capacity as the Chancellor of UCLA; and

      c. Jennifer Lucero, in her personal capacity and in her official capacity as the Associate Dean of Admissions of the David Geffen School of Medicine at UCLA.

4. As part of this stipulation, Defendants represent that any injunctive or declaratory relief against the University and/or the remaining individual Defendants in their official capacities will apply to and be binding on UCLA and the David Geffen School of Medicine at UCLA.

5. Defendants do not waive any defenses or objections in this action by agreeing to this stipulation.

| | |
|---|---|
| Dated: June 3, 2025 | Respectfully submitted, |
| */s/ Felicia H. Ellsworth* | */s/ Cameron T. Norris* |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **CONSOVOY MCCARTHY PLLC** |
| Debo Adegbile (pro hac vice forthcoming) | Thomas R. McCarthy (pro hac vice) |
| debo.adegbile@wilmerhale.com | Bryan Weir (SBN 310964) |
| 7 World Trade Center | Cameron T. Norris (pro hac vice) |
| 250 Greenwich Street | cam@consovoymccarthy.com |
| New York, NY 10007 | Frank H. Chang (pro hac vice) |
| Telephone: 212-295-8800 | Marie Sayer (pro hac vice) |
| | 1600 Wilson Blvd., Suite 700 |
| Felicia H. Ellsworth (pro hac vice forthcoming) | Arlington, VA 22209 |
| felicia.ellsworth@wilmerhale.com | (703) 243-9423 |
| 60 State Street | |
| Boston, MA 02109 | *Attorneys for Do No Harm, Students for Fair Admissions, Kelly Mahoney* |
| Telephone: 617-526-6000 | |
| | **LAWFAIR LLC** |
| Joshua A. Vittor (CA Bar No. 326221) | Adam K. Mortara (pro hac vice) |
| joshua.vittor@wilmerhale.com | 40 Burton Hills Blvd., Suite 200 |
| 350 South Grand Avenue | Nashville, TN 37215 |
| Suite 2400 | (773) 750-7154 |
| Los Angeles, CA 90071 | |
| Telephone: 213-443-5300 | *Attorney for Students for Fair Admissions* |
| Attorneys for Defendants | |
| | **ALTVIEW LAW GROUP LLP** |
| | John M. Begakis (SBN 278681) |
| | john@altviewlawgroup.com |
| | 9454 Wilshire Blvd., Suite 825 |
| | Beverly Hills, CA 90212 |
| | (310) 230-5580 |
| | |
| | *Local Counsel* |