Debo P. Adegbile
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Do No Harm, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>The Regents of the University of California, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:25-cv-04131-MCS-JC<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Adegbile, Debo P.
*Applicant's Name (Last Name, First Name & Middle Initial*

212-295-6717         212-230-8888
*Telephone Number*    *Fax Number*

debo.adegbile@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JULIO FRENK, in his personal and official capacities as the Chancellor of UCLA; and JENNIFER LUCERO, in her personal and official capacities as the Associate Dean of Admissions of David Geffen School of Medicine at UCLA

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Vittor, Joshua A.
*Designee's Name (Last Name, First Name & Middle Initial*

326221              213-443-5300         213-443-5400
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

joshua.vittor@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: _____

_____
U.S. District Judge/U.S. Magistrate Judge