WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (*pro hac vice* pending)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-6717
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice* pending)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (State Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 2:25-cv-04131-MCS-JC <br><br> **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following: THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("The Regents") is a corporation formed under Article IX, Section 9 of the California Constitution. The Regents do not have a parent corporation and do not issue stock. Defendants JULIO FRENK and JENNIFER LUCERO are individuals.

## NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, Defendants state that as of this date there is no person, association of persons, firm, partnership, or corporation (other than the named parties) that may have a pecuniary interest in the outcome of the case. Defendants reserve the right to supplement this statement if necessary.

DATED: June 5, 2025                               Respectfully submitted,

/s/ Felicia H. Ellsworth
FELICIA H. ELLSWORTH
(*pro hac vice pending*)

WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

*Attorney for Defendants*