**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (*pro hac vice* pending)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice* pending)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al.,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　*Defendants*. | Case No. 2:25-cv-4131-MCS-JC<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 7-1, 8-3)**<br><br>Complaint served:　　　5/19/2025<br>Current response date:　6/9/2025<br>New response date:　　7/29/2025 |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CASE NO. 2:25-cv-4131-MCS-JC

Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Do No Harm, Students for Fair Admissions, and Kelly Mahoney (collectively, "Plaintiffs"), and Defendants the Regents of the University of California (the "University"), Julio Frenk, in his personal capacity and in his official capacity as the Chancellor of UCLA ("Chancellor Frenk"), Jennifer Lucero, in her personal capacity and in her official capacity as the Associate Dean of Admissions of the David Geffen School of Medicine at UCLA ("Dean Lucero"), by and through their respective undersigned attorneys, hereby stipulate and request as follows:

WHEREAS Plaintiffs filed their Complaint on May 8, 2025;

WHEREAS the University was served with the Complaint on May 19, 2025;

WHEREAS Plaintiff dismissed all claims against the following Defendants on June 3, 2025:

    a. University of California, Los Angeles ("UCLA");

    b. David Geffen School of Medicine at UCLA;

    c. Maria Anguiano, Elaine Batchlor, Josiah Beharry, Carmen Chu, Michael Cohen, Gareth Elliot, Howard Guber, Jose Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, and Jonathan Sures, in their personal and official capacities as appointed regents.

    d. Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, Geoffrey Pack, and Alfonso Salazar, in their personal and official capacities as ex officio regents;

    e. Michael Drake, in his personal and official capacities as the President of the UC System and an ex officio regent;

    f. Steven Dubinett, in his personal and official capacities as the Dean of the David Geffen School of Medicine at UCLA;

g. Alice Kuo, Russell Buhr, Manuel Celedon, Gary Holland, Carolyn Houser, Christine Myo, and Faysal Saab, in their personal and official capacities as the members of the Admissions Oversight and Policy Committee; and

h. Members of the Admissions Committee of David Geffen School of Medicine at UCLA, in their personal and official capacities;

WHEREAS the following Defendants remain in the case:

a. The University;

b. Chancellor Frenk; and

c. Dean Lucero;

WHEREAS Plaintiffs requested that Chancellor Frenk and Dean Lucero waive service of process on May 30, 2025;

WHEREAS Chancellor Frenk and Dean Lucero waived service of process on June 5, 2025;

WHEREAS the University's deadline to answer or otherwise respond to the Complaint is June 9, 2025 (Fed. R. Civ. P. 12(a)(1)(A)(i));

WHEREAS Chancellor Frenk and Dean Lucero's deadline to answer or otherwise respond to the Complaint is July 29, 2025 (Fed. R. Civ. P. (4)(d)(3));

WHEREAS Plaintiffs agree that the University's deadline to answer or otherwise respond to the Complaint may be extended up to and including July 29, 2025 so that the deadlines to respond to the Complaint are the same for all Defendants in this action;

WHEREAS the Parties agree that the extension is made for good cause, including because it will serve the interests of judicial efficiency, and is the first such extension requested by the Parties; and

WHEREAS the extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, that the University's deadline to answer or otherwise respond to the Complaint shall be extended from June 9, 2025 up to and including July 29, 2025.

**IT IS SO STIPULATED.**

[SIGNATURE PAGE FOLLOWS]

Dated: June 6, 2025

*/s/ Felicia H. Ellsworth*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (*pro hac vice* pending)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (*pro hac vice* pending)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*

Respectfully submitted,

*/s/ Cameron T. Norris*
**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (*pro hac vice*)
Bryan Weir (SBN 310964)
Cameron T. Norris (*pro hac vice*)
cam@consovoymccarthy.com
Frank H. Chang (*pro hac vice*)
Marie Sayer (*pro hac vice*)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

*Attorneys for Do No Harm, Students for Fair Admissions, Kelly Mahoney*

**LAWFAIR LLC**
Adam K. Mortara (*pro hac vice*)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

*Attorney for Students for Fair Admissions*

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Local Counsel*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to United States District Court for the Central District of California's Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories to this document have concurred in this filing and have authorized this filing.

Dated: June 6, 2025                                         */s/ Felicia H. Ellsworth*
                                                            Felicia H. Ellsworth