# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM; STUDENTS FOR FAIR ADMISSIONS; and KELLY MAHONEY, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-4131-MCS-JC<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Mark C. Scarsi,<br>United States District Judge<br><br>Action Filed: May 8, 2025 |

1

1   Plaintiffs Do No Harm, Students for Fair Admissions, and Kelly Mahoney
2   (collectively, "Plaintiffs"), and Defendants the Regents of the University of
3   California (the "University"), Julio Frenk, in his personal capacity and in his
4   official capacity as the Chancellor of UCLA ("Chancellor Frenk"), Jennifer
5   Lucero, in her personal capacity and in her official capacity as the Associate Dean
6   of Admissions of the David Geffen School of Medicine at UCLA ("Dean Lucero")
7   have stipulated and requested to extend the deadline for the University to answer or
8   otherwise respond to the Complaint up to and including July 29, 2025, which is the
9   deadline for Chancellor Frenk and Dean Lucero to answer or otherwise respond to
10  the Complaint. After full consideration, and good cause appearing, the Parties'
11  request is GRANTED. Defendants will answer or otherwise respond to the
12  Complaint on or by July 29, 2025.

**IT IS SO ORDERED.**

Dated: _____     _____
                            Mark C. Scarsi
                            United States District Judge