WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DO NO HARM, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-04131-MCS-JC<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**NOTICE OF RELATED CASES (L.R. 83-1.3.1)** |

Pursuant to Local Rule 83-1.3.1, Defendants submit this notice to identify this case for the Court as related to *Students Against Racial Discrimination v. Regents of the University of California, et al.*, No. 8:25-cv-00192-JWH-JDE (C.D. Cal.) ("*SARD*"), currently pending before Judge Holcomb.

Plaintiffs submitted a notice of related cases on May 8, 2025. *See* Dkt. 2. On June 4, 2025, Judge Holcomb declined to transfer this case, finding that it was "not sufficiently related [to *SARD*] to warrant transfer." Dkt. 32.

After that declination, on June 10, 2025, the plaintiff in *SARD* filed a First Amended Complaint ("FAC"). *See SARD*, No. 8:25-cv-00192-JWH-JDE, Dkt. 26. The new allegations in the FAC warrant an order relating this case to *SARD* and transferring it to proceed before Judge Holcomb.[1] In particular, the FAC now alleges racial discrimination in admissions at six University of California medical schools. *See id.* ¶¶ 3, 32-35, 52-53, 58, 60. Those schools include the David Geffen School of Medicine at UCLA, *see id.* ¶¶ 34-35, 52, which is the medical school at issue in this case, *see, e.g.*, Dkt. 1 ¶¶ 1, 7-10, 30-48, 53-110. The FAC, like the Complaint in this case, alleges that UCLA's medical school and its Associate Dean of Admissions discriminate against white and Asian applicants in favor of black applicants. *Compare SARD*, No. 8:25-cv-00192-JWH-JDE, Dkt. 26 ¶ 34, *with, e.g.*, Dkt. 1 ¶¶ 7, 9, 62, 131. Indeed, the FAC in *SARD* purports to incorporate in full Plaintiffs' Complaint in this case. *See SARD*, No. 8:25-cv-00192-JWH-JDE, Dkt. 26 ¶ 34.[2]

---

[1] Under Local Rule 83-1.3.4, attorneys have a "continuing duty … in any case to file a Notice of Related Cases" as required by the Local Rules. L.R. 83-1.3.4.

[2] Defendants include the foregoing allegations solely for the purpose of establishing that *SARD* and *Do No Harm* are related and in no way concede the truth of such allegations. Defendants reserve the right to move to dismiss both

Given these additions to the FAC, this case is now sufficiently related to *SARD* to warrant transfer under any of the three factors that govern relatedness under the Local Rules. *First*, both cases "arise from the same or a closely related transaction, happening, or event," L.R. 83-1.3.1(a)—i.e., alleged racial discrimination by UCLA's medical school and its Associate Dean of Admissions in admissions practices and policies. *Second*, both cases "call for determination of the same or substantially related or similar questions of law and fact," L.R. 83-1.3.1(b)—i.e., whether the Regents and individuals associated with UCLA's medical school, including the Chancellor of UCLA, are liable under Title VI, 42 U.S.C. § 1981, and/or the Equal Protection Clause for racial discrimination allegedly committed by UCLA's medical school and its Associate Dean of Admissions. And *third*, for these reasons, these cases "would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1(c).

Under the Local Rules, cases are related even when they satisfy only one of these factors. *See* L.R. 83-1.3.1 ("It shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; ***or*** (c) for other reasons would entail substantial duplication of labor if heard by different judges." (emphasis added)). Here, this case and *SARD* are related under all three factors.

---

complaints in their entirety, and to strike or otherwise object to the allegations therein.

Dated: June 20, 2025

Respectfully submitted,

/s/ Felicia Ellsworth
Felicia Ellsworth
(admitted *pro hac vice*)

WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*