**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (pro hac vice)
Bryan Weir (SBN 310964)
Cameron T. Norris (pro hac vice)
cam@consovoymccarthy.com
Frank H. Chang (pro hac vice)
Marie Sayer (pro hac vice)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

**LAWFAIR LLC**
Adam K. Mortara (pro hac vice)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al., *Plaintiffs*, v. DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, et al., *Defendants*. | Case No.: 2:25-cv-4131-MCS-JC **RESPONSE TO NOTICE OF RELATED CASES** |

1

Plaintiffs take no position on Defendants' notice of related case, except to make two points: Judge Holcomb already determined that this case and *SARD* are not sufficiently related. And if Defendants are correct that *SARD* became related only after those plaintiffs amended their complaint, then any transfer should send *SARD* to Judge Scarsi, not this case to Judge Holcomb.

**1.** When Plaintiffs filed this case, they flagged it as related to *SARD*. Doc.2. But this case was assigned to Judge Scarsi, and Judge Holcomb declined transfer because the two cases were "not sufficiently related." Doc.32. Defendants do not challenge Judge Holcomb's decision. They claim that the cases' relatedness changed when the *SARD* plaintiffs amended their complaint to "now alleg[e] racial discrimination in admissions at six University of California medical schools." Doc.39 at 2. But the *SARD* plaintiffs never excluded medical schools from their original complaint: They broadly challenged graduate and undergraduate admissions at "all nine" UC campuses, including San Francisco (which has a medical school but no law school). *E.g.*, *SARD*-Compl. 1, 14 ¶36, Doc.1, No. 8:25-cv-192 (C.D. Cal. Feb. 3, 2025). So Judge Holcomb's initial determination that the two cases are not related still seems to control as law of the case. (And all this assumes that Defendants are correct that two cases can start as unrelated, but then become related enough to warrant transfer. *Cf.* Local Rule 83-1.3.1 (assessing relatedness based on when the related case was "filed").)

**2.** Even under Defendants' theory, the cases were not related when Plaintiffs filed their complaint in May 2025, but became related when the *SARD* plaintiffs *later*

2

amended their complaint in June 2025. *See* Doc.39 at 3. If that theory works, then Defendants do not explain why this case should be transferred to "Judge Holcomb" in the Southern Division, rather than transferring *SARD* to Judge Scarsi in the Western Division. Doc.39 at 2. Though this Court's General Order 24-04 discusses transferring to the "low number" case, that language assumes the related case was "later-filed" and the original case was "previously filed." §II.I.1. Here the "previously filed" case would be this one, under Defendants' theory.

      For what it's worth, transferring *SARD* to the Western Division would also be more convenient for the parties and witnesses than transferring this case to the Southern Division. The Western Division contains four of the campuses that the *SARD* plaintiffs are suing (Los Angeles, Riverside, and Santa Barbara), while the Southern Division contains only one (Irvine). UC's outside counsel is also based in Boston, which has direct flights to LAX but none to Orange County.

      Or instead of resolving these complicated questions about the local rules and the need for transfer, this Court can stick with Judge Holcomb's original decision and leave both cases where they are.

Dated: June 24, 2025

**LAWFAIR LLC**
Adam K. Mortara (pro hac vice)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

*Attorney for Students for Fair Admissions*

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Local Counsel*

Respectfully submitted,

*/s/ Cameron T. Norris*
**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (pro hac vice)
Bryan Weir (SBN 310964)
Cameron T. Norris (pro hac vice)
cam@consovoymccarthy.com
Frank H. Chang (pro hac vice)
Marie Sayer (pro hac vice)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

*Attorneys for Do No Harm, Students for Fair Admissions, Kelly Mahoney*

4