**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Do No Harm et al., <br><br> v. <br><br> David Geffen School of Medicine at UCLA et al <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:25-cv-04131-MCS-JCx <br><br> **ORDER RE TRANSFER** <br> **(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| July 10, 2025 | John W. Holcomb  _[signature]_ |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

| | |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  **8:25-cv-00192-JWH-JDEx**  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  **Jacqueline Chooljian**  to Magistrate Judge  **John D. Early** .

On all documents subsequently filed in this case, please substitute the initials  **JWH**  after the case number in place of the initials of the prior judge, so that the case number will read  **2:25-cv-04131-JWH (JDEx)** . This is very important because the documents are routed to the assigned judges by means of these initials.

cc: [✓] Previous Judge   [✓] Statistics Clerk

CV-34 (06/23)                                          ORDER RE TRANSFER (Related Cases)