# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—
# GENERAL

| Case No. | 8:25-cv-00192-JWH-JDE;<br>2:25-cv-04131-JWH-JDE | Date | July 15, 2025 |
|---|---|---|---|
| Title | *Students Against Racial Discrimination v. The Regents of The University of California, et al.*;<br>*Do No Harm, et al. v. David Geffen School of Medicine at UCLA, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Priscilla Deason | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**

Plaintiff Students Against Racial Discrimination ("SARD") asserts claims against Defendants The Regents of the University of California, Maria Anguiano, Elaine E. Batchlor, Josiah Beharry, Carmen Chu, Michael Cohen, Gareth Elliot, Howard "Peter" Guber, Jose M. Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Mark Robinson, Gregory Sarris, Jonathan "Jay" Sures, Gavin Newsom, Eleni Kounalakis, Robert Rivas, Tony Thurmond, Michael V. Drake M.D., Geoffrey Pack, Alfonso Salazar, Rich Lyons, Julio J. Frenk Mora, Howard Gillman, Sam Hawgood, Pradeep K. Khosla, Cynthia K. Larive, Gary S. May, Juan Sanchez Muñoz, Kim A. Wilcox, and Henry T. Yang in Case No. 8:25-cv-00192.[1]  Those claims relate to allegations that the University of California schools—including the

---

[1] *See generally* First Am. Compl. (the "SARD Complaint") [ECF No. 26 in Case No. 8:25-cv-00192 (the "*SARD* Case")].

David Geffen School of Medicine at the University of California, Los Angeles—improperly use racial preferences in student admissions.[2]

In a separate case—Case No. 8:25-cv-04131—Plaintiffs Do No Harm, Students for Fair Admissions, and Kelly Mahoney assert claims against Defendants David Geffen School of Medicine at UCLA; University of California, Los Angeles; Regents of the University of California; Maria Anguiano; Elaine Batchlor; Josiah Beharry; Carmen Chu; Michael Cohen; Gareth Elliot; Howard Gruber; Jose Hernandez; Nancy Lee; Richard Leib; Hadi Makarechian; Ana Matosantos; Robert Myers; Lark Park; Janet Reilly; Mark Robinson; Gregory Sarris; Jonathan Sures; Jennifer Lucero; Gavin Newsom; Eleni Kounalakis; Robert Rivas; Tony Thurmond; Geoffrey Pack; Alfonso Salazar; Michael Drake; Julio Frenk; Steven Dubinett; Jennifer Lucero; Alice Kuo; Russel Buhr; Manuel Celedon; Gary Holland; Carolyn Houser; Christine Myo; Faysal Saab; and Members of the Admissions Committee.[3] The *Do No Harm* Case involves allegations that the David Geffen School of Medicine improperly uses racial preferences in student admissions,[4] and the allegations contained in the *Do No Harm* Complaint are purportedly incorporated into the *SARD* Complaint.[5]

The Court finds that consolidation of those two cases might be appropriate. Indeed, courts often find it appropriate to consolidate cases when those cases include the same parties and share common questions of law and fact. *See* Fed. R. Civ. P. 42(a); *see also In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) ("[T]rial courts may consolidate cases *sua sponte*"). Here, it appears that the cases may include similar allegations, and the cases may also share common questions of law.

Accordingly, the Court hereby **ORDERS** as follows:

1. Each party in each of the *SARD* Case and the *Do No Harm* Case is **ORDERED** to **SHOW CAUSE** why the Court should not consolidate those two

---

[2] *See generally id.*

[3] *See generally* Compl. (the "*Do No Harm* Complaint") [ECF No. 1 in Case No. 2:25-cv-04131 (the "*Do No Harm* Case")].

[4] *See generally id.*

[5] *See SARD* Complaint ¶ 34.

cases.  The parties are **DIRECTED** to respond in writing to this Order to Show Cause no later than August 1, 2025.

     2.    A hearing on this OSC is **SET** for August 15, 2025, at 11:00 a.m. Counsel for all parties are **DIRECTED** to appear in person at that date and time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

     **IT IS SO ORDERED.**