WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM, et al.,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>                    *Defendants*. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        October 17, 2025<br>Time:        9:00 a.m.<br>Place:       Courtroom 9D<br>Judge:      Hon. John W. Holcomb |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 17, 2025, at 9:00 a.m., or at another time convenient for the Court, in Courtroom 9D of the Ronald Reagan Federal Building and United States Courthouse at 411 West 4th Street, Santa Ana, California or in such manner as the Court directs, Defendants will move this Court to dismiss with prejudice the Complaint in the above-captioned action.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1), on the ground that this Court lacks jurisdiction because Plaintiffs lack standing, and pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the Complaint fails to state a claim upon which relief can be granted. To the extent any claims are not dismissed, the Court should nevertheless strike Plaintiffs' requested remedies of punitive damages, disgorgement, and certain injunctive relief, because such remedies are unavailable as a matter of law, as well as Plaintiffs' class action allegations, which "make it obvious that classwide relief is not available," *Am. W. Door & Trim v. Arch Specialty Ins. Co.*, 2015 WL 1266787, at *8 (C.D. Cal. Mar. 18, 2015).

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings on file in this action, and such other authorities and arguments as may be submitted in any reply or at any hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 18, 2025. Counsel for parties were unable to reach a resolution that would have made this motion unnecessary.

[SIGNATURE PAGE FOLLOWS]

NOTICE OF DEFENDANTS' MOTION TO DISMISS
CASE NO. 8:25-cv-00192-JWH

1  DATED: July 29, 2025                    Respectfully submitted,

2

3                                          /s/ Felicia Ellsworth
                                           Felicia Ellsworth
4                                          (admitted *pro hac vice*)

5

6                                          WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
7                                          Felicia H. Ellsworth (admitted *pro hac vice*)
8
                                           felicia.ellsworth@wilmerhale.com
9                                          60 State Street
                                           Boston, MA 02109
10                                         Telephone: 617-526-6000

11

12                                         Debo Adegbile (admitted *pro hac vice*)
                                           debo.adegbile@wilmerhale.com
13                                         7 World Trade Center
14                                         250 Greenwich Street
                                           New York, NY 10007
15                                         Telephone: 212-295-8800

16

17                                         Joshua A. Vittor (CA Bar No. 326221)
                                           joshua.vittor@wilmerhale.com
18                                         350 South Grand Avenue
19                                         Suite 2400
                                           Los Angeles, CA 90071
20                                         Telephone: 213-443-5300

21

22                                         *Attorneys for Defendants*

23

24

25

26

27

28