Name and address:

Patrick Strawbridge
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South, PMB #706
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Do No Harm; Students for Fair Admission; and Kelly Mahoney, individually and on behalf of others similarly situated, Plaintiff(s), v. David Geffen School of Medicine at UCLA; University of California, Los Angeles, Regents of the University of California; Maria Anguiano, Elaine Batchlor, Josiah Beharry, Carmen Chue, Michael Cohen, Gareth Elliot, Howard Guber, Jose Hernandez, Nancy Lee, Richard Leib, Hadi Makarechian, Ana Matosantos, Robert Myers, Lark Park, Janet Reilly, Defendant(s), | CASE NUMBER<br>2:25-cv-04131-JWH-JDE<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Strawbridge, Patrick N.
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Consovoy McCarthy PLLC
*Firm/Agency Name*

Ten Post Office Square
8th Floor South PMB #706
*Street Address*

Boston, MA 02109
*City, State, Zip Code*

(703) 243-9423
*Telephone Number*

N/A
*Fax Number*

patrick@consovoymccarthy.com
*E-mail Address*

**I have been retained to represent the following parties:**

Do No Harm; Students for Fair Admissions; and Kelly Mahoney, individually and on behalf of others similarly situated.
*Name(s) of Party(ies) Represented*

☑ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Attached | | |
| | | |
| | | |

G-64 (10/23)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank text box]

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 7/31/2025

Patrick N. Strawbridge
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Begakis, John M.
*Designee's Name (Last Name, First Name & Middle Initial)*

AltView Law Group PLLC
*Firm/Agency Name*

9454 Wilshire Blvd., Suite 825
*Street Address*

Beverly Hills, CA 90212
*City, State, Zip Code*

(310) 230-5580
*Telephone Number*

N/A
*Fax Number*

john@altviewlawgroup.com
*Email Address*

278681
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 7/31/2025

John M. Begakis
*Designee's Name (please type or print)*

/s/ John M. Begakis
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

## Court Admissions – Patrick N. Strawbridge

| Court | Date Admitted | Active Member in Good Standing? |
|---|---|---|
| State of Maine | 10/28/2004 | Yes |
| State of Massachusetts | 07/13/2010 | Yes |
| State of Connecticut | 10/31/2005 | Inactive |
| Western District of Wisconsin | 03/27/2019 | Yes |
| District of Massachusetts | 09/20/2011 | Yes |
| District of Maine | 03/23/2007 | Yes |
| U.S. Court of Appeals for the First Circuit | 11/03/2010 | Yes |
| U.S. Court of Appeals for the Second Circuit | 06/13/2019 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 07/08/2014 | Yes |
| U.S. Court of Appeals for the Fifth Circuit | 07/25/2022 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 11/23/2021 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 05/24/2019 | Yes |
| U.S. Court of Appeals for the Eighth Circuit | 10/18/2016 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 09/24/2014 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 01/23/2017 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 07/05/2022 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | 08/31/2022 | Yes |
| U.S. Court of Appeals for the Federal Circuit | 12/08/2009 | Yes |
| Supreme Court of the United States | 11/26/2012 | Yes |

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **July 13, 2010**, said Court being the highest Court of Record in said Commonwealth:

## Patrick Strawbridge

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-third** day of **July**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County



**STATE OF MAINE
SUPREME JUDICIAL COURT**

## *Certificate of Good Standing*

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Patrick N. Strawbridge, Esq. (Bar # 010024) of Arlington, VA was duly admitted as an Attorney and Counselor at Law in the State of Maine on October 28, 2004, and is presently registered and in good standing as an Active Non-Resident member of the bar.

Given under my hand and the Seal of said Court on July 28, 2025.



*[signature]*

Matthew E. Pollack
Executive Clerk

*Not valid without raised seal.*