Name and address:
Patrick Strawbridge
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South, PMB #706
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Do No Harm et al.<br><br>v.<br><br>David Geffen School of Medicine at UCLA et al.<br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br>2:25-cv-04131-JWH-JDE<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Strawbridge, Patrick N. of Consovoy McCarthy PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 243-9423
*Telephone Number*  *Fax Number*

patrick@consovoymccarthy.com
*E-Mail Address*  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Do No Harm; Students for Fair Admissions; and Kelly Mahoney, individually and on behalf of others similarly situated.

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Begakis, John M. of AltView Law Group PLLC
*Designee's Name (Last Name, First Name & Middle Initial)*

278681   (310) 230-5580
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

john@altviewlawgroup.com
*E-Mail Address*  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
       ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
       ☐ for failure to complete Application: _____
       ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
       ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
       ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge