WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     October 17, 2025<br>Time:     9:00 a.m.<br>Place:    Courtroom 9D<br>Judge:   Hon. John W. Holcomb |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 17, 2025, at 9:00 a.m., or at another time convenient for the Court, in Courtroom 9D of the Ronald Reagan Federal Building and United States Courthouse at 411 West 4th Street, Santa Ana, California or in such manner as the Court directs, Defendants will move this Court to dismiss with prejudice portions of the Amended Complaint in the above-captioned action.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1), on the ground that Plaintiffs Students for Fair Admissions and Do No Harm lack standing, and pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the Amended Complaint fails to state a claim upon which relief can be granted.  With respect to any claims that are not dismissed, the Court should dismiss Plaintiffs' requested remedies of punitive damages and certain injunctive relief, because such remedies are unavailable as a matter of law, and strike Plaintiffs' class action allegations, which "make it obvious that classwide relief is not available," *Am. W. Door & Trim v. Arch Specialty Ins. Co.*, 2015 WL 1266787, at *8 (C.D. Cal. Mar. 18, 2015).

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings on file in this action, and such other authorities and arguments as may be submitted in any reply or at any hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 20, 2025.  Counsel for parties were unable to reach a resolution that would have made this motion unnecessary.

[SIGNATURE PAGE FOLLOWS]

DATED: August 27, 2025

Respectfully submitted,

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth
(admitted *pro hac vice*)

WILMER CUTLER PICKERING HALE AND DORR LLP
Felicia H. Ellsworth (admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Debo Adegbile (admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Joshua A. Vittor (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*