1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:      October 17, 2025<br>Time:     9:00 a.m.<br>Place:    Courtroom 9D<br>Judge:   Hon. John W. Holcomb |

THIS MATTER comes before this Court on Defendants' Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Upon considering the Amended Complaint and the parties' briefing, the Court finds that the following relief is warranted.

*First*, Students for Fair Admissions ("SFFA") and Do No Harm ("DNH") are dismissed as Plaintiffs because they lack associational standing because they fail to plausibly allege that their purported members have standing to sue in their own right. *See Hunt v. Wash. State Apple Advert. Comm'n*, 432 U.S. 333, 343-344 (1977); *Loffman v. Cal. Dep't of Educ.*, 119 F.4th 1147, 1159, 1160-1161, 1162 n.8 (9th Cir. 2024). As a result, SFFA and DNH must be dismissed as Plaintiffs. *See* Fed. R. Civ. P. 12(b)(1).

*Second*, the following claims are dismissed pursuant to Rule 12(b)(6):

- All claims against Chancellor Frenk are dismissed because Plaintiffs fail to plausibly allege that he has a fairly direct connection with the enforcement of the challenged admissions practices. *See Ass'n des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 943 (9th Cir. 2013).

- All claims against former Chancellor Block are dismissed because Plaintiffs fail to plausibly allege that he was personally involved in the allegedly discriminatory admissions practices, *see Silverband v. Woodford*, 2010 WL 3635780, at *6 (C.D. Cal. Aug. 18, 2010); *Topadzhikyan v. City of Glendale*, 2012 WL 12878680, at *5 (C.D. Cal. June 21, 2012); *Hunter v. Chatman*, 2018 WL 10076846, at *9 (C.D. Cal. Nov. 20, 2018), let alone that he engaged in intentional discrimination, *see Heard v. Cnty. of San Bernardino*, 2021 WL 5083336, at *4-5 (C.D. Cal. Oct. 12, 2021); *Imagineering, Inc. v. Kiewit Pac. Co.*, 976 F.2d 1303, 1313 (9th Cir. 1992); *Greater L.A.*

*Agency on Deafness, Inc. v. Cable News Network, Inc.*, 742 F.3d 414, 425 (9th Cir. 2014).

- The Section 1983 and Section 1981 claims seeking damages against former Chancellor Block and Associate Dean Lucero in their individual capacities are dismissed to the extent they arise from alleged conduct that took place before June 29, 2023, because former Chancellor Block and Associate Dean Lucero are entitled to qualified immunity. *See District of Columbia v. Wesby*, 583 U.S. 48, 62-63 (2018).

- The Unruh Act claim against former Chancellor Block and Associate Dean Lucero is dismissed because former Chancellor Block and Associate Dean Lucero have state-law immunity under California Government Code Section 820.2, and because their employer is not a business establishment, *see Brennon B. v. Superior Ct.*, 513 P.3d 971, 982 (Cal. 2022).

*Third*, the Court orders the following:

- Plaintiffs' request for punitive damages is dismissed. *See Gutzalenko v. City of Richmond*, 723 F. Supp. 3d 748, 762 (N.D. Cal. 2024).

- Plaintiffs' request for an injunction lifting the no-transfer policy and reapplication limits is dismissed. *See Loffman*, 119 F.4th at 1159 n.6.

- Plaintiffs' class allegations are stricken. *See Am. W. Door & Trim v. Arch Specialty Ins.*, 2015 WL 1266787, at *8 (C.D. Cal. Mar. 18, 2015); *Wal-Mart v. Dukes*, 564 U.S. 338, 359 n.10 (2011); *Tietsworth v. Sears*, 720 F. Supp. 2d 1123, 1148 (N.D. Cal. 2010); *Ward v. Crow Vote LLC*, 343 F.R.D. 133, 145 (C.D. Cal. 2022).

\* \* \*

1  It is hereby ORDERED that the Defendants' Motion to Dismiss Pursuant to
2  Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) is GRANTED.
3  [SIGNATURE PAGE FOLLOWS]
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2  Dated: _____
3                                    Hon John W. Holcomb
4                                    United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28