UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04131-JWH (JDEx) | Date | October 28, 2025 |
| Title | *Do No Harm et al. v. David Geffen School of Medicine at UCLA et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Adam K. Mortara | Felicia H. Ellsworth |
| Cameron T. Norris | Joshua A. Vittor |
| John M. Begakis | Michael S. Crafts |
| Patrick N. Strawbridge | |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS [46 & 57]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. In view of Plaintiffs' filing of a First Amended Complaint [ECF No. 53], Defendants' Motion to Dismiss [ECF No. 46] is **DENIED** as moot.

2. Defendants' Motion to Dismiss [ECF No. 57] is taken **UNDER SUBMISSION**.

3. A hearing is **SET** on Plaintiffs' anticipated Motion for Class Certification on November 17, 2026, at 10:00 a.m. The parties may file a stipulation regarding a briefing schedule for that anticipated motion.

Time: 01:06
Initials of Preparer: cla

4.	A trial schedule is **SET**.  The Court will issue a separate Scheduling Order.

**IT IS SO ORDERED.**