# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| DO NO HARM, *et al.*,<br>  Plaintiffs,<br>and<br><br>UNITED STATES OF AMERICA,<br>  *Plaintiff-Intervenor*,<br>v.<br><br>DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, *et al.*,<br>  *Defendants.* | Case No. 2:25-cv-04131-JWH-JDE<br><br>**CERTIFICATE OF THE ATTORNEY GENERAL UNDER 42 U.S.C. § 2000h-2** |

I, Pamela Bondi, Attorney General of the United States, pursuant to 42 U.S.C. § 2000h-2, hereby certify that the case of *Do No Harm, et al., v. David Geffen School of Medicine at UCLA, et al.*, No. 2:25-cv-04131-JWH-JDE (C.D. Cal.), is a case of general public importance.

Signed this  23rd  day of January 2026, at Washington D.C.

*/s/ Pamela Bondi*
PAMELA BONDI
Attorney General of the United States

---

CERTIFICATE OF THE ATTORNEY
GENERAL UNDER 42 U.S.C. § 2000h-2
Case No 2:25-CV-04131-JWH-JDE
Page 1

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
EDUCATIONAL OPPORTUNITIES SECTION
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 598-9726

**EXHIBIT 2**