```
 1  HARMEET K. DHILLON
    Assistant Attorney General
 2  JESUS A. OSETE
    Principal Deputy Assistant Attorney General
 3  JEFFREY MORRISON (MO No. 44401)
    Acting Chief, Educational Opportunities Section
 4  JOHN P. MERTENS (CA No. 252762)
 5  Acting Deputy Chief, Educational Opportunities Section
    BRIAN REPPER (VA No. 90254)
 6  Trial Attorney, Educational Opportunities Section
    Civil Rights Division
 7  U.S. Department of Justice
        950 Pennsylvania Ave. NW
 8      Washington, DC 20530
        Telephone: (202) 598-9726
 9      Email: john.mertens@usdoj.gov
10
    TODD BLANCHE
11  Deputy Attorney General
    BILAL A. ESSAYLI
12  First Assistant United States Attorney
    JULIE A. HAMILL (CA No. 272742)
13  Assistant United States Attorney
14  United States Attorney's Office
        300 North Los Angeles Street, Suite 7516
15      Los Angeles, California 90012
        Telephone: (213) 894-2464
16      E-Mail: julie.hamill@usdoj.gov
17
18  ATTORNEYS FOR PLAINTIFF-INTERVENOR
    UNITED STATES OF AMERICA
19
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DO NO HARM, et al.,<br>    *Plaintiffs*,<br>and<br><br>UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor*,<br>v.<br><br>DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, et al., | Case No. 2:25-cv-04131-JWH-JDE<br><br>DECLARATION OF JEFFREY MORRISON IN SUPPORT OF UNITED STATES OF AMERICA'S NOTICE OF MOTION AND OPPOSED MOTION TO INTERVENE<br><br>Hearing Date:  February 27, 2026<br>Hearing Time:  9:00 a.m.<br>Ctrm:  9 D<br>Hon.  John W. Holcomb |

1         *Defendants*.

4       I, Jeffrey Morrison, do hereby declare as follows:

5       1.     I am Acting Chief, Educational Opportunities Section, of the Civil Rights Division of the United States Department of Justice.

7       2.     This Declaration is submitted in support of the United States of America's Notice of Motion and Opposed Motion to Intervene in the above-referenced matter.

9       3.     The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other attorneys and staff at the Department of Justice.

12       4.     Pursuant to Central District of California Local Rule 7-3, I met and conferred with counsel for Plaintiffs on January 23, 2026, and with counsel for Defendants on January 26, 27, and 28, 2026. Plaintiffs approve of the motion. Defendants do not take a position on the motion, and reserve the right to oppose it.

Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on January 28, 2026, in Washington, DC.

Respectfully submitted,

                                        */s/ Jeffrey Morrison*
                                        Jeffrey Morrison
                                        Attorney for United States of America