1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11  DO NO HARM, et al.,  | Case No. 2:25-cv-04131-JWH-JDE
12          *Plaintiffs*,
         and  | [PROPOSED] ORDER ON UNITED STATES OF AMERICA'S MOTION TO INTERVENE
13
14  UNITED STATES OF AMERICA,
15          *Plaintiff-Intervenor*,
        v.
16
17  DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, et al.,
18          *Defendants*.
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Pursuant to Rule 24(a), and based upon the Certification of the Attorney General on file in this action, the United States is permitted to intervene and to file its proposed Complaint in Intervention.

**IT IS SO ORDERED.**

Dated:_____        _____
                                          John W. Holcomb
                                          UNITED STATES DISTRICT JUDGE