Alexander Haberbush, Esq.
Lex Rex Institute
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Tel: (562) 200-2837
ahaberbush@lexrex.org

Jewel M. Lightfoot*
Public Interest Legal Foundation
107 S. West Street
Alexandria, VA 22314
Telephone: (703) 745-5870

*Pro hac vice application forthcoming

Attorneys for *Amici Curiae*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, et al., <br><br> *Defendants*. | Case No.: 2:25-cv-04131-JWH-JDE <br><br> Hon. John W. Holcomb <br><br> **MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF UNITED STATES COMMISSION ON CIVIL RIGHTS COMMISSIONERS J. CHRISTIAN ADAMS, PETER KIRSANOW, AND STEPHEN GILCHRIST** <br><br> [No Hearing Required] |

1

J. Christian Adams, Peter Kirsanow, and Stephen Gilchrist are Commissioners to the United States Commission on Civil Rights. Their experience in civil rights litigation provides them with an authoritative perspective on violations of civil rights laws prohibiting racial discrimination. The proposed brief is attached to this motion. In support of this motion, *amici* state the following:

    1.    The Commissioners submit this *amici curiae* brief on their own behalf in support of the Proposed Intervenor's United States of America's motion to intervene.[1] The Commissioners are interested in fair and equal enforcement of civil rights laws and that no institution impermissibly discriminates in violation of federal civil rights laws. In submitting this *amici curiae* brief, the Commissioners support the United States government's intervention in this case and promote its interest in preventing racial discrimination by state governments, especially where indications of campus antisemitism abound.

    2.    *Amici* believe the information presented in the proposed brief will significantly aid the Court in the resolution of the questions raised herein.

    3.    Counsel for *Amici* sought consent to file this motion from counsel for the parties. Counsel for the Plaintiffs stated that they consent. Counsel for the Defendants stated that they take no position on the motion. Likewise, counsel for the

---

[1] *Amici* do not speak for the Commission and do not represent the Commission. They submit this brief in their personal capacity.

United States stated that they take no position on the motion.

4.  WHEREFORE, *Amici* respectfully requests leave to file the attached brief.

Dated: February 6, 2026                    Respectfully submitted,

/s/ *Alexander Haberbush*
Alexander Haberbush, Esq.
Lex Rex Institute
444 West Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Tel: (562) 200-2837
ahaberbush@gmail.com


Jewel M. Lightfoot*
Public Interest Legal Foundation
107 S. West Street
Alexandria, VA 22314
Telephone: (703) 745-5870

**Pro hac vice application forthcoming*

Attorneys for *Amici Curiae*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this day on all counsel via the court's electronic service system.

Date: February 6, 2026                    /s/ *Alexander Haberbush*
                                          Alexander Haberbush, Esq.