# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—
# GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04131-JWH-JDE | Date | February 17, 2026 |
| Title | *Do No Harm, et al. v. David Geffen School of Medicine at UCLA, et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:   ORDER GRANTING MOTION OF *AMICI* TO FILE *AMICUS CURIAE* BRIEF [ECF No. 80]**

Before the Court is the unopposed motion[1] of J.C. Adams, Peter Kirsanow, and Stephen Gilchrist (collectively, "*Amici*") for leave to file an *amicus curiae* brief in support of the motion of Plaintiff-Intervenor United States of America to intervene. *Amici* are Commissioners to the United States Commission on Civil Rights.[2] *Amici* lodged their proposed brief along with their Motion.[3] The Court concludes that this matter is appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15. For the reasons set forth below, the Court **GRANTS** the Motion.

"District courts have inherent authority to appoint or deny *amici* which is derived from Rule 29 of the Federal Rules of Appellate Procedure." *See Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136-37 (D.D.C. 2008) (citation omitted).

---

[1]   *Amici Curiae*'s Mot. to for Leave to File Amicus Brief (the "Motion") [ECF No. 80].

[2]   *Id.* at 2:1-2.

[3]   *See Amici Curiae* Brief of *Amici* in Supp. of Pl.-Intervenor's Mot. to Intervene (the "Brief") [ECF No. 81].

Here, *Amici* represent that "[t]heir experience in civil rights litigation provides them with an authoritative perspective on violations of civil rights laws prohibiting racial discrimination."[4] In addition, *Amici* have substantially complied with Rule 29. In view of those circumstances, and in the absence of any opposition, the Court exercises its discretion to **GRANT** *Amici*'s Motion.

For those reasons, the Court hereby **ORDERS** as follows:

1. *Amici*'s instant Motion [ECF No. 80] is **GRANTED**.

2. *Amici*'s Brief is **ACCEPTED**.

**IT IS SO ORDERED.**

---

[4] Motion 2:2-5.