WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile (admitted *pro hac vice*)
Michael S. Crafts (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-6717
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM; et al.,<br>            *Plaintiffs*,<br>      and<br><br>UNITED STATES OF AMERICA,<br>            *Plaintiff-Intervenor*,<br>      v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br>            *Defendants*. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and Local Rule 7-1, it is hereby stipulated and agreed upon between Plaintiff-Intervenor United States of America, Defendants The Regents of the University of California ("The Regents"), Julio Frenk, Jennifer Lucero, Gene Block, and their respective counsel as follows:

1. The United States moved to intervene in this action on January 28, 2026 (Dkt.77);

2. The Court granted the motion on February 19, 2026 (Dkt. 85);

3. The United States filed its Complaint-in-Intervention on February 24, 2026 (Dkt. 86);

4. All of the United States's claims are voluntarily dismissed, without prejudice, against the following Defendants:

   a. Julio Frenk;

   b. Jennifer Lucero; and

   c. Gene Block;

5. The United States's claim against The Regents remains in this case;

6. As part of this stipulation, Defendants represent that any injunctive or declaratory relief against The Regents will apply to and be binding on the University of California, Los Angeles ("UCLA") and the David Geffen School of Medicine at UCLA; and

7. Defendants do not waive any defenses or objections in this action by agreeing to this stipulation.

[SIGNATURE PAGE FOLLOWS]

Dated: March 16, 2026

Respectfully submitted,

/s/ Felicia H. Ellsworth

/s/ John Mertens

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (admitted *pro hac vice*)
Michael S. Crafts (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-6717
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

**CIVIL RIGHTS DIVISION U.S. DEPARTMENT OF JUSTICE**
Harmeet K. Dhillon
Assistant Attorney General
Jesus A. Osete
Principal Deputy Assistant Attorney General
Jeffrey Morrison (MO No. 44401)
Acting Chief, Educational Opportunities Section
John Mertens (CA No. 252762)
Acting Deputy Chief, Educational Opportunities Section
Brian Repper (VA No. 90254)
Trial Attorney, Educational Opportunities Section
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: 202-598-9726
john.mertens@usdoj.gov

**UNITED STATES ATTORNEY'S OFFICE**
Todd Blanche
Deputy Attorney General
Bilal A. Essayli
First Assistant United States Attorney
Julie A. Hamill (CA No. 272742)
Assistant United States Attorney
300 North Los Angeles St., Ste. 7516
Los Angeles, CA 90012
Telephone: 213-894-2464
julie.hamill@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

3

STIPULATION OF DISMISSAL
Case No. 2:25-cv-04131-JWH-JDE

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to United States District Court for the Central District of California's Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories to this document have concurred in this filing and have authorized this filing.

Dated: March 16, 2026                    */s/ Felicia H. Ellsworth*

                                        Felicia H. Ellsworth

4