# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DO NO HARM; et al.,
    *Plaintiffs*,
and

UNITED STATES OF AMERICA,
    *Plaintiff-Intervenor*,
  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,
    *Defendants*.

Case No. 2:25-cv-04131-JWH-JDE

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**

1  Pursuant to the stipulation of Plaintiff-Intervenor United States of America
2  and Defendants the Regents of the University of California, Julio Frenk, Jennifer
3  Lucero, and Gene Block, it is hereby **ORDERED** that all claims of Plaintiff-
4  Intervenor are dismissed, without prejudice, against Julio Frenk, Jennifer Lucero,
5  and Gene Block.
6  **IT IS SO ORDERED.**

8  Dated: _____   _____
9                                              John W. Holcomb,
10                                             United States District Judge