**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DO NO HARM; et al.,<br><br>    Plaintiffs,<br><br>  and<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

1

Pursuant to the stipulation of Plaintiff-Intervenor United States of America and Defendants the Regents of the University of California, Julio Frenk, Jennifer Lucero, and Gene Block, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all claims of Plaintiff-Intervenor are **DISMISSED**, **without prejudice**, against Julio Frenk, Jennifer Lucero, and Gene Block.

**IT IS SO ORDERED.**

Dated: _____March 17, 2026_____     _____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2