**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al.<br><br>                                    *Plaintiffs*,<br>and<br>UNITED STATES OF AMERICA,<br><br>                          *Plaintiff-Intervenor*,<br>v.<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,<br><br>                                   *Defendants*. | Case No. 2:25-cv-4131-JWH-JDE<br><br>**STIPULATION REGARDING AMENDED PROTECTIVE ORDER** |

1

STIPULATION AND REQUEST FOR ENTRY OF AMENDED PROTECTIVE ORDER

WHEREAS, the Court previously entered a Protective Order in this action [ECF No. 74] (the "Protective Order");

WHEREAS, on February 23, 2026, the United States of America intervened in this action and is now a party;

WHEREAS, the Protective Order was entered prior to the United States' intervention;

WHEREAS, in light of the United States' intervention, the Parties agree that the Protective Order should be amended to reflect the United States as a party to this action;

WHEREAS, the Parties also agree that the Protective Order should be amended to include language regarding the use of certain large language models and generative AI tools;

WHEREAS, the Parties have jointly prepared an Amended Protective Order, attached as Exhibit A;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court enter the attached Amended Protective Order.

IT IS SO STIPULATED, THROUGH THE UNDERSIGNED COUNSEL FOR THE PARTIES.

Dated: April 6, 2026

Respectfully submitted,

/s/ Felicia H. Ellsworth
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Felicia H. Ellsworth (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
(617) 526-6000

Debo Adegbile (*pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-8800

Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

*Attorneys for Defendants the Regents of the University of California, Julio Frenk, Gene Block, and Jennifer Lucero*

/s/ Patrick Strawbridge
**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (PHV)
Bryan Weir (SBN 310964)
Cameron T. Norris (PHV)
cam@consovoymccarthy.com
Frank H. Chang (PHV)
Marie Sayer (PHV)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209

4

(703) 243-9423

Patrick Strawbridge (PHV)
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(6170 227-0548

*Attorneys for Do No Harm, Students for Fair Admissions, and Kelly Mahoney.*

**LAWFAIR LLC**
Adam K. Mortara (PHV)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

*Attorney for Students for Fair Admissions*

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Local Counsel*

*/s/ John P L Mertens*
**U.S. DEPARTMENT OF JUSTICE**
John P L Mertens
Brian Lawrence Repper
James A Breslo
US Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202-598-9726
john.mertens@usdoj.gov

brian.repper@usdoj.gov
james.breslo@usdoj.gov

**UNITED STATES ATTORNEY'S OFFICE**
Julie A. Hamill
Assistant United States Attorney
United States Attorney's Office
300 N. Los Angeles Street, Suite 7516
Los Angeles, CA 90012
(213) 894-2464
julie.hamill@usdoj.gov


*Attorneys for Plaintiff-Intervenor*
*United States of America*

6

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to United States District Court for the Central District of California's Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories to this document have concurred in this filing and have authorized this filing.

Dated: April 6, 2026

/s/ Felicia H. Ellsworth

Felicia H. Ellsworth