UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,<br><br>*Defendants.* | Case No. 2:25-cv-4131-JWH-JDE<br><br>ORDER DENYING PROPOSED AMENDED STIPULATED PROTECTIVE ORDER (Dkt. 93)<br><br>DISCOVERY MATTER |

On April 6, 2026, the parties submitted a proposed "amended" protective order, with a "Stipulation" stating the proposed "amended" protective order would change two items from the Protective Order the Court entered on November 14, 2025 (Dkt. 74, "Protective Order"): (1) add the United States as a party; and (2) "include language regarding the use of certain large language models and generative AI tools." Stipulation (Dkt. 93) at 2. However, the proposed "Amended" Protective Order purports to change the Protective Order in other, material ways, changes that the Court finds are not supported by good cause. E.g., compare Dkt. 74, ¶ 2(a) with Dkt. 93-1, ¶ 2(a); Dkt. 74, ¶ 7(a) with Dkt. 93-1, ¶ 7(a). As such, the Stipulation (Dkt. 93) is DENIED.

DATED: April 7, 2026

_____

JOHN D. EARLY

United States Magistrate Judge