HARMEET K. DHILLON
Assistant Attorney General
JESUS A. OSETE
Principal Deputy Assistant Attorney General
JEFFREY MORRISON (MO No. 44401)
Deputy Assistant Attorney General
JOHN P. MERTENS (CA No. 252762)
Acting Chief, Educational Opportunities Section
Email: john.mertens@usdoj.gov
BRIAN REPPER (VA No. 90254)
Deputy Chief, Educational Opportunities Section
JAMES A. BRESLO (CA No. 162808)
Senior Trial Attorney, Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 598-9726

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-Mail: julie.hamill@usdoj.gov

ATTORNEYS FOR PLAINTIFF-INTERVENOR
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DO NO HARM, et al.,<br>                    *Plaintiffs*,<br>      and<br><br>UNITED STATES OF AMERICA,<br>                    *Plaintiff-Intervenor*,<br>      v. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**STIPULATION TO PERMIT FILING OF UNITED STATES OF AMERICA'S FIRST AMENDED COMPLAINT**<br><br>Honorable John W. Holcomb<br>United States District Judge |

1

REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,

        *Defendants*.

Plaintiffs United States of America, Do No Harm, Students for Fair Admissions, and Kelly Mahoney and Defendant The Regents of the University of California (the Parties), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, the United States seeks leave to file the First Amended Complaint attached hereto as Exhibit A, with a redline version showing changes from the United States' original Complaint attached as Exhibit B;

2. WHEREAS, Defendant consents to the filing of the proposed First Amended Complaint;

3. IT IS HEREBY STIPULATED by and between the Parties that the United States may file the First Amended Complaint attached as Exhibit A;

4. IT IS FURTHER HEREBY STIPULATED that, by signing this stipulation, Defendant does not waive and explicitly reserves its right to move to dismiss the First Amended Complaint, and that Defendant shall have until July 31, 2026 to file its response to the First Amended Complaint.

The Parties respectfully request that the Court enter the proposed order submitted concurrently herewith.

IT IS SO STIPULATED, THROUGH THE UNDERSIGNED COUNSEL FOR THE PARTIES.

2

Dated: July 6, 2026

HARMEET K. DHILLON
Assistant Attorney General
JESUS A. OSETE
Principal Deputy Assistant Attorney General
JEFFREY MORRISON
Deputy Assistant Attorney General

/s/ John P. Mertens
JOHN P. MERTENS
Acting Chief, Educational Opportunities Section
BRIAN REPPER
Deputy Chief, Educational Opportunities Section
Civil Rights Division
JAMES BRESLO
Sr. Trial Attorney, Educational Opportunities Section
Civil Rights Division

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

/s/ Julie A. Hamill
JULIE A. HAMILL
Assistant United States Attorney
United States Attorney's Office

ATTORNEYS FOR PLAINTIFF-INTERVENOR
UNITED STATES OF AMERICA

Respectfully submitted,

/s/ Patrick Strawbridge
**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (PHV)
Bryan Weir (SBN 310964)
Cameron T. Norris (PHV)
cam@consovoymccarthy.com
Frank H. Chang (PHV)
Marie Sayer (PHV)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (PHV)
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
*Attorneys for Do No Harm, Students for Fair Admissions, and Kelly Mahoney.*

**LAWFAIR LLC**
Adam K. Mortara (PHV)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

*Attorney for Students for Fair Admissions*

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Local Counsel*

3

*/s/ Felicia H. Ellsworth*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Felicia H. Ellsworth (*pro hac vice*)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
(617) 526-6000

Debo Adegbile (*pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-8800

Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

*Attorneys for Defendant The Regents of the University of California*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  July 6, 2026

*/s/ Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney
*Attorney for Plaintiff-Intervenor*
*United States of America*

4