**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DO NO HARM, et al., | Case No. 2:25-cv-04131-JWH-JDE |
| Plaintiffs, | |
| and | **ORDER GRANTING LEAVE TO FILE UNITED STATES OF AMERICA'S FIRST AMENDED COMPLAINT** |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | Honorable John W. Holcomb |
| v. | United States District Judge |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al. | |
| Defendants. | |

1

Having considered the parties' Stipulation to Permit Filing of First Amended Complaint, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED**.

2. The United States is **GRANTED** leave to file the First Amended Complaint attached as Exhibit A to the parties' Stipulation no later than July 15, 2026.  The United States is also **DIRECTED** to file contemporaneously therewith a Notice of Revisions to Complaint that provides the Court with a redline version that shows the amendments.

3. Defendant The Regents of the University of California is **DIRECTED** to respond to the First Amended Complaint no later than July 31, 2026.

**IT IS SO ORDERED.**

Date: July 8__, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2