WILMER CUTLER PICKERING HALE AND DORR LLP
Debo Adegbile
(admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(*pro hac vice* pending)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamassima
(CA Bar No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DO NO HARM et al.<br>*Plaintiffs*,<br><br>and<br><br>THE UNITED STATES OF AMERICA<br>*Plaintiff-Intervenor*,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br>*Defendants*. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF-INTERVENOR'S AMENDED COMPLAINT-IN-INTERVENTION**<br><br>Date: September 4, 2026<br>Time: 9:00 a.m.<br>Place: Courtroom 9D<br>Judge: Hon. John W. Holcomb |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 4, 2026, at 9:00 a.m., or at another convenient time for the Court, in Courtroom 9D of the Ronald Reagan Federal Building and United States Courthouse at 411 West 4th Street, Santa Ana, California or in such manner as the Court directs, Defendants will move this Court to dismiss with prejudice the Title VI claim—to the extent it seeks rescission of prior grants and payments, return of grant funds, termination of DOJ grants lacking the requisite nexus to the alleged noncompliance alleged at DGSOM, and other retrospective monetary relief—as well as the breach of contract claim from the Amended Complaint-in-Intervention in the above-captioned action.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the Amended Complaint-in-Intervention seeks forms of relief unavailable under Title VI as a matter of law and fails to state a breach of contract claim upon which relief can be granted.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the pleadings on file in this action, and such other authorities and arguments as may be submitted in any reply or at any hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 27, 2026. Counsel for parties were unable to reach a resolution that would have made this motion unnecessary.

Dated: July 31, 2026

Respectfully submitted,

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth
(admitted *pro hac vice*)

2

WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile
(admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(*pro hac vice* pending)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamassima
(CA Bar No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendant*

3