**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DO NO HARM; et al.,
*Plaintiffs*,
and

UNITED STATES OF AMERICA,
*Plaintiff-Intervenor*,
v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,
*Defendants*.

Case No. 2:25-cv-04131-JWH-JDE

**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT-IN-INTERVENTION**

Pursuant to the stipulation of Plaintiff-Intervenor United States of America and Defendant The Regents of the University of California, and for good cause shown, it is hereby **ORDERED** that the hearing date for Defendant's Motion to Dismiss Plaintiff-Intervenor's Amended Complaint-in-Intervention is continued from October 6, 2026 at 10 a.m. to October 16, 2026 at 10 a.m.

**IT IS SO ORDERED.**

Dated**:** ____________________

_________________________
John W. Holcomb,
United States District Judge