**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (PHV)
Bryan Weir (SBN 310964)
Cameron T. Norris (PHV)
cam@consovoymccarthy.com
Frank H. Chang (PHV)
Marie Sayer (PHV)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (PHV)
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109

**LAWFAIR LLC**
Adam K. Mortara (PHV)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DO NO HARM; et al.,
*Plaintiffs*,
and

UNITED STATES OF AMERICA,
*Plaintiff-Intervenor*,
v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,
*Defendants*.

Case No. 2:25-cv-04131-JWH-JDE

**JOINT MOTION OF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND PRIVATE PLAINTIFFS TO CONTINUE CASE SCHEDULE**

| | |
|---|---|
| District Judge: | Hon. John W. Holcomb |
| Courtroom: | 9D |
| Trial Date: | June 28, 2027 |
| Hearing Date: | October 20, 2026 |
| Hearing Time: | 9:00 a.m. |
| Courtroom: | 9 D |

**TO PLAINTIFF-INTERVENOR THE UNITED STATES OF AMERICA AND THE HONORABLE JOHN W. HOLCOMB:**

**PLEASE TAKE NOTICE** that Defendants The Regents of the University of California ("The Regents"), Gene Block, Julio Frenk, and Jennifer Lucero (collectively, "Defendants") and Plaintiffs Do No Harm, Students for Fair Admissions, and Kelly Mahoney (collectively, "Private Plaintiffs," and together with Defendants, "Movants") jointly move under Federal Rule of Civil Procedure 16(b)(4) to modify the case schedule as set forth below. Pursuant to Local Rule 7-3, counsel for Private Plaintiffs met and conferred with counsel for Plaintiff-Intervenor the United States of America regarding the relief requested in this Motion via Zoom on August 27, 2026, and via email on September 14, 2026 (after attempting to do so telephonically on September 11, 2026). The United States indicated that it will oppose the requested modification of the case schedule. The United States further indicated that it will not be separately submitting a brief in opposition, and Movants agree to forgo a hearing, to enable the Court's expeditious consideration of this joint motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Procedural Background

Since the Court entered its original scheduling order on October 28, 2025 (ECF No. 68), the parties have worked diligently and collaboratively throughout the discovery process. They have exchanged substantial written discovery, made rolling document productions, which are ongoing, prepared for and taken depositions, and continued to meet and confer regarding discovery disputes, which efforts so far have been successful in avoiding the need for judicial intervention. Nevertheless, Movants agree that additional time is needed to, among other things, complete document discovery and additional depositions; resolve discovery disputes; conduct expert discovery; and brief and resolve Private Plaintiffs' anticipated motion for class certification.

The litigation also evolved materially after the Court entered its Scheduling Order. *See* ECF No. 68. The Court subsequently permitted the United States to intervene, *see* ECF No. 85, and the United States later amended its complaint-in-intervention, *see* ECF No. 104. The Regents' motion to dismiss that pleading remains pending. *See* ECF No. 108. Thus, the pleadings involving the United States are not yet closed, and the Court's resolution of The Regents' motion to dismiss could further affect the scope of discovery in this case. The United States' amended complaint also changes the scope of the case. Among other relief, the United States seeks termination of federal funding, an issue not presented by the Private Plaintiffs' claims, which may require additional discovery concerning matters that were not contemplated when the existing schedule was entered.

**II. Good Cause Supports the Requested Modification**

Federal Rule of Civil Procedure 16(b)(4) provides that a schedule may be modified "for good cause and with the judge's consent." The "good cause" inquiry considers the diligence and intent of the party seeking the amendment, and a schedule may be modified when "it cannot reasonably be met despite the diligence of the party seeking the extension." *Zivkovic v. S. California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). The Ninth Circuit has held that "the focus of the inquiry is upon the moving party's reasons for modification." *Johnson*, 975 F.2d at 610.

The standard is satisfied here. Movants have diligently pursued discovery, but ongoing document review and production, potential discovery disputes, remaining depositions, expert work, and class-certification proceedings cannot reasonably be completed in an orderly manner under the existing schedule. The United States' intervention has added claims, discovery, and procedural complexity that were not reflected in the original schedule. Courts in this district likewise recognize good cause where a party acts promptly after discovery

developments demonstrate that additional time is reasonably necessary. See, e.g., *Peak Performance Nutrition v. Media Power, Inc.*, 2011 WL 13186036 at *2 (C.D. Cal. Jan. 27, 2011) (finding good cause for amendment of the scheduling order under Rule 16 where movants were actively engaged in discovery efforts and promptly sought to modify the case schedule following case developments); *Scott v. City of Los Angeles*, 2023 WL 2563070 (C.D. Cal. Mar. 17, 2023) (finding good cause under Rule 16 where movant was "reasonably diligent" in his discovery efforts and motion filing).

For the foregoing reasons, Movants request a modest extension of the current case deadlines of approximately three months. The requested modification is tailored to permit orderly completion of remaining pretrial work; it does not reflect any lack of diligence. Movants respectfully request the following schedule:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Initial expert reports | October 16, 2026 | January 15, 2027 |
| Rebuttal expert reports | December 18, 2026 | March 19, 2027 |
| Plaintiffs' class cert motion[1] | N/A | January 29, 2027 |
| Defendants' opposition to class cert | N/A | February 26, 2027 |
| Plaintiffs' reply ISO class cert | N/A | March 12, 2027 |
| Class certification hearing | November 17, 2026 | March 26, 2027 |
| Discovery cutoff | January 15, 2027 | April 16, 2027 |
| Last date to conduct settlement conference | February 12, 2027 | May 14, 2027 |
| Last date to hear dispositive motions | April 16, 2027 | July 16, 2027 |
| Hearing on motions in limine | June 4, 2027 | September 10, 2027 |
| Final pretrial conference | June 11, 2027 | September 24, 2027 |
| Trial | June 28, 2027 | November 8, 2027 |

[1] The original scheduling order did not set a briefing schedule for Private Plaintiffs' anticipated motion for class certification. Movants agree that it is in the interest of judicial and party efficiency to set one now.

**III. Conclusion**

For these reasons, Movants respectfully request that the Court grant this Joint Motion and modify the case schedule as set forth above.

Dated: September 14, 2026

Respectfully submitted,

/s/ Cameron T. Norris
**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (PHV)
Bryan Weir (SBN 310964)
Cameron T. Norris (PHV)
cam@consovoymccarthy.com
Frank H. Chang (PHV)
Marie Sayer (PHV)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (PHV)
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548

*Attorneys for Do No Harm, Students for Fair Admissions, and Kelly Mahoney*

**LAWFAIR LLC**
Adam K. Mortara (PHV)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

*Attorney for Students for Fair Admissions*

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Local Counsel*

/s/ Joshua A. Vittor
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Felicia H. Ellsworth (pro hac vice)
felicia.ellsworth@wilmerhale.com
60 State Street
Boston, MA 02109
(617) 526-6000

Debo Adegbile (pro hac vice)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-8800

Christopher T. Casamassima
(CA Bar No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(213) 443-5300

*Attorneys for Defendants the Regents of the University of California, Julio Frenk, Gene Block, and Jennifer Lucero*

**CERTIFICIATE OF COMPLIANCE**

I certify that this brief contains fewer than 25 pages, which complies with the page limit set by the Court's revised standing order (ECF No. 115).

*/s/ Cameron T. Norris*