**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DO NO HARM; *et al.*,

Plaintiffs,

and

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,

Defendants.

Case No. 2:25-cv-04131-JWH-JDE

**ORDER GRANTING JOINT MOTION TO CONTINUE THE CASE SCHEDULE**

**NOTE CHANGES MADE BY COURT**

The Court has received and reviewed the Joint Motion to Continue the Case Schedule. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Joint Motion is **APPROVED**.
2. The case schedule is **MODIFIED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial expert reports | October 16, 2026 | January 15, 2027 |
| Rebuttal expert reports | December 18, 2026 | March 19, 2027 |
| Plaintiffs' class cert motion | N/A | January 29, 2027 |
| Defendants' opposition to class cert | N/A | February 26, 2027 |
| Plaintiffs' reply ISO class cert | N/A | March 12, 2027 |
| Class certification hearing | November 17, 2026 | March 31, 2027, at 10:00 a.m. |
| Discovery cutoff | January 15, 2027 | April 16, 2027 |
| Last date to conduct settlement conference | February 12, 2027 | May 14, 2027 |
| Last date to hear dispositive motions | April 16, 2027 | July 16, 2027 |
| Hearing on motions in limine | June 4, 2027 | September 10, 2027, at 9:00 a.m. |
| Final pretrial conference | June 11, 2027 | September 24, 2027, at 1:00 p.m. |
| Trial | June 28, 2027 | November 15, 2027, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: September 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE