WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile
(admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(admitted *pro hac vice*)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamassima
(CA Bar No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DO NO HARM; et al.,<br>*Plaintiffs*,<br>and<br><br>UNITED STATES OF AMERICA,<br>*Plaintiff-Intervenor*,<br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br>*Defendants*. | Case No. 2:25-cv-04131-JWH-JDE<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT-IN-INTERVENTION** |

Pursuant to Local Rules 7-1 and 7-11, Plaintiff-Intervenor United States of America, Defendant The Regents of the University of California ("The Regents") and their respective counsel of record, hereby stipulate as follows:

1. The United States filed its First Amended Complaint-in-Intervention on July 14, 2026 (Dkt. 104);
2. Defendant moved to dismiss Plaintiff-Intervenor's Amended Complaint-in-Intervention (the "Motion") on July 31, 2026 (Dkt. 108);
3. Defendant's Motion was originally noticed for hearing on September 4, 2026 at 9 a.m. (Dkt. 108);
4. On August 19, 2026, the Court continued the hearing on Defendant's Motion from September 4, 2026, at 9 a.m. to October 6, 2026, at 10 a.m. (Dkt. 114);
5. Lead trial counsel for Defendant, however, was unavailable to attend the hearing on October 6, 2026, due to a previously scheduled trial in the Massachusetts Superior Court for Suffolk County (*see* Declaration of Felicia Ellsworth ("Ellsworth Decl.") ¶ 6);
6. The parties therefore stipulated that the hearing on the Motion be continued from October 6, 2026 to October 16, 2026 (Dkt. 116). The Massachusetts trial was not scheduled to be in session on October 16, 2026, so Defendant's lead trial counsel anticipated to be able to attend the hearing on that date (*see* Ellsworth Decl. ¶ 6);
7. On September 10, 2026, the Court approved the stipulation, but continued the hearing to October 20, 2026, instead of October 16, 2026. (Dkt. 117);
8. The Massachusetts trial is expected to continue through October 23, 2026 (*see* Ellsworth Decl. ¶ 8);

9. As a result, Defendant's lead trial counsel will be required to appear for trial in Massachusetts Superior Court on October 20, 2026, and will not be able to attend the hearing on Defendant's motion to dismiss in this case on that date (*id.*);
10. The Parties therefore stipulate that the hearing on the Motion shall be continued from October 20, 2026, at 10 a.m. to October 27 at 10 a.m., November 10 at 10 a.m., or any subsequent Tuesday at the Court's convenience;
11. This stipulation is made for good cause, including because counsel for Defendant is unavailable to attend the hearing on the Motion, as is required by this Court's Standing Order (Dkt. 115), and because it will not alter the date of any other event or deadline set by the Court.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Felicia H. Ellsworth*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile
(admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-6717
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(admitted *pro hac vice*)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamassima
(CA No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*

*/s/ Jeffrey Morrison*

**CIVIL RIGHTS DIVISION**
**U.S. DEPARTMENT OF JUSTICE**
Harmeet K. Dhillon
Assistant Attorney General
Jeffrey Morrison (MO No. 44401)
Deputy Assistant Attorney General
John P. Mertens (CA No. 252762)
Acting Chief, Educational Opportunities Section
Brian Repper (VA No. 90254)
Deputy Chief, Educational Opportunities Section
James A. Breslo (CA No. 162808)
Senior Trial Attorney, Educational Opportunities Section
Anthony Meredith (VA No. 40373)
Trial Attorney, Educational Opportunities Section
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: 202-598-9726
john.mertens@usdoj.gov

**UNITED STATES ATTORNEY'S OFFICE**
Todd Blanche
Acting Attorney General
Bilal A. Essayli
First Assistant United States Attorney
Julie A. Hamill (CA No. 272742)
Assistant United States Attorney
300 North Los Angeles St., Ste. 7516
Los Angeles, CA 90012
Telephone: 213-894-2464
julie.hamill@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

**ATTESTATION**

I, Felicia Ellsworth, attest that all signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth