WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo Adegbile
(admitted *pro hac vice*)
debo.adegbile@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(admitted *pro hac vice*)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamassima
(CA Bar No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA Bar No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DO NO HARM; et al.,
*Plaintiffs*,
and

UNITED STATES OF AMERICA,
*Plaintiff-Intervenor*,
v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,
*Defendants*.

Case No. 2:25-cv-04131-JWH-JDE

**DECLARATION OF FELICIA H. ELLSWORTH IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT-IN-INTERVENTION**

I, Felicia H. Ellsworth, declare as follows:

1. I am an attorney duly licensed to practice before this Court and counsel of record for Defendants in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.
2. I submit this declaration in support of the parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Dismiss Amended Complaint-in-Intervention.
3. I am lead trial counsel for Defendants in the above-captioned matter. I am cognizant of the Court's Standing Order, which directs lead trial counsel to attend every hearing in this case.
4. I am also lead trial counsel for the Plaintiff in *Allen v. Christensen, et al.*, 2284CV02756-BLS2, pending in Massachusetts Superior Court for Suffolk County.
5. A 3-week trial in the Massachusetts matter commenced on September 28, 2026, and has been scheduled by the Massachusetts court to proceed the weeks of September 28, October 5, and October 19, 2026.
6. Due to my required appearance at trial in Massachusetts Superior Court, the parties previously filed a stipulation to continue the hearing on Defendant's pending motion to dismiss from October 6, 2026 to October 16, 2026 (Dkt. 116). The Massachusetts trial was not scheduled to be in session on October 16, 2026, and I therefore anticipated be able to attend the hearing on Defendant's motion to dismiss in this case on October 16, 2026.
7. The Court approved the parties' stipulation, but continued the hearing to October 20, 2026 instead of October 16, 2026 (Dkt. 117).

8. Trial is expected to continue through October 23, 2026. I will therefore be required to appear for trial in Massachusetts Superior Court on October 20, 2026, and will not be able to attend the hearing on Defendant's motion to dismiss in this case on that date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected. Executed this 9th day of October, 2026, in Boston, Massachusetts.

*/s/ Felicia H. Ellsworth*

Felicia H. Ellsworth

Dated: October 9, 2026

Respectfully submitted,

/s/ *Felicia H. Ellsworth*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo Adegbile
(admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-6717
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth
(admitted *pro hac vice*)
felicia.ellsworth@wilmerhale.com
Sharon K. Hogue
(admitted *pro hac vice*)
sharon.hogue@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Christopher T. Casamassima
(CA No. 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor
(CA No. 326221)
joshua.vittor@wilmerhale.com
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants*