**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

DO NO HARM, et al.,

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

Defendants.

Case No. 2:25-cv-04131-JWH-JDE

**ORDER APPROVING STIPULATION**

The Court has received and reviewed Joint Stipulation to Continue Hearing on Defendant's Motion to Dismiss Amended Complaint-in-Intervention. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED**.

2. The hearing on Defendant's Motion to Dismiss Amended Complaint-in-Intervention is **CONTINUED** from October 20, 2026, to October 27, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 13, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE