**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (PHV)
Bryan Weir (SBN 310964)
Cameron T. Norris (PHV)
cam@consovoymccarthy.com
Frank H. Chang (PHV)
Marie Sayer (PHV)
James Marmaduke (PHV)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (PHV)
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109

**LAWFAIR LLC**
Adam K. Mortara (PHV)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DO NO HARM; et al.,

*Plaintiffs*,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

*Defendants*.

Case No. 2:25-cv-4131-JWH-JDE

**Notice of Appearance for Do No Harm, Students for Fair Admissions, and Kelly Mahoney**

Per this Court's revised standing order (Doc. 115), Plaintiffs Do No Harm, Students for Fair Admissions, and Kelly Mahoney state that co-lead trial counsel, Patrick Strawbridge and Adam K. Mortara, will be unavailable for the October 27, 2026, hearing on Defendants' motion to dismiss the United States's complaint-in-intervention. Defendants' motion to dismiss does not concern Plaintiffs or their second amended complaint. Plaintiffs' counsel, John M. Begakis, plans to attend the hearing on behalf of all Plaintiffs and certifies that he will be fully prepared to address the matter, make representations, and enter into stipulations to the same extent that Mr. Strawbridge and Mr. Mortara could do so.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Adam K. Mortara*
**LAWFAIR LLC**
Adam K. Mortara (PHV)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

*Attorney for Students for Fair Admissions*

**ALTVIEW LAW GROUP LLP**
John M. Begakis (SBN 278681)
john@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, CA 90212
(310) 230-5580

*Local Counsel*

*/s/ Patrick Strawbridge*
**CONSOVOY MCCARTHY PLLC**
Thomas R. McCarthy (PHV)
Bryan Weir (SBN 310964)
Cameron T. Norris (PHV)
cam@consovoymccarthy.com
Frank H. Chang (PHV)
Marie Sayer (PHV)
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423

Patrick Strawbridge (PHV)
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(6170 227-0548

*Attorneys for Do No Harm, Students for Fair Admissions, and Kelly Mahoney*