UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04131-JWH (JDEx) | Date | October 27, 2026 |
| Title | *Do No Harm et al. v. David Geffen School of Medicine at UCLA et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Clarissa Lara | Miriam Baird |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Jeffrey Morrison | Felicia H. Ellsworth |
| John M. Begakis | Emily Silberstein |
| | Molly C. Silva |

**Proceedings: DEFENDANTS' MOTION TO DISMISS [108]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the motion [ECF No. 108] is taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

Time: 01:45
Initials of Preparer: cla