Name and address:

Medha Gargeya
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Do No Harm, et al.,

Plaintiff(s)

v.

The Regents of the University of California, et al.,

Defendant(s).

CASE NUMBER

2:25-cv-4131-JWH-JDE

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gargeya, Medha
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
*Firm/Agency Name & Address*

202-663-6962
*Telephone Number*

202-663-6363
*Fax Number*

Medha.Gargeya@wilmerhale.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

The Regents of the University of California and all other defendants.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* ______

**and designating as Local Counsel**

Vittor, Joshua A.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
*Firm/Agency Name & Address*

326221
*Designee's Cal. Bar No.*

213-443-5300
*Telephone Number*

213-443-5400
*Fax Number*

joshua.vittor@wilmerhale.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ______
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
- ☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**